160 A.3d 782

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Joseph KOEHLER, Jr., Petitioner**

**No. 147 EM 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the matter is remanded to the Court of Common Pleas of Bradford County for disposition of Petitioner's PCRA petition. See 42 Pa.C.S.

§ 9545(a) ("Original jurisdiction over a proceeding under this subchapter shall be in the court of common pleas.").